CUYAHOGA COUNTY BAR ASSOCIATION *v.* GERSTENSLAGER.

[Cite as Cuyahoga Cty. Bar Assn. *v.* Gerstenslager (1989), 45 Ohio St. 3d 88.]

(No. 89-252—Submitted May 30, 1989—Decided August 16, 1989.)

*Spangenberg, Shibley, Traci & Lancione, Peter H. Weinberger, Sindell, Rubenstein, Einbund, Pavlik & Novak* and *William J. Novak,* for relator.

*Ward, Marein & Gillette, Patrick J. Carroll, Weston, Hurd, Fallon, Paisley & Howley* and *Thomas C. Buford,* for respondent.

*Per Curiam.* We concur with the board's findings and recommendations. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.